# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:22-cr-00140-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **MOTION FOR CONTINUANCE** |
| Nariman Mahmoud Masoud, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES THE DEFENDANT, Nariman Mahmoud Masoud, by and through her undersigned attorney, Wallace H. Jordan, Jr., moves before this Honorable Court for a continuance of her Sentencing Hearing which is scheduled for Tuesday, April 25, 2023, based upon the following:

1. Defendant executed a Plea Agreement on December 2, 2022.

2. Defendant pled guilty to Count 1 of the Superseding Indictment, on December 8, 2022.

3. Sentencing was scheduled for Tuesday, April 25, 2023 at 10:30 A.M.

4. On Thursday, April 20, 2023, four days prior to Sentencing, the Assistant United States Attorney sent an email to defense counsel indicating that due to an alleged incident taking place at a grocery store several weeks ago, the Government was no longer willing to file a 5K Motion on behalf of the Defendant, as previously agreed to months prior.

5. On Friday, April 21, 2023, the Government provided counsel with a brief video of the alleged incident.

6. That on Monday, April 20, 2023, counsel for Defendant spoke to the AUSA as to the alleged incident, the potential impact as to sentencing, and the need for additional information and investigation as to the alleged incident. The AUSA indicated that she had no objection to sentencing being continued.

7. That based upon the foregoing, counsel for Defendant needs additional time to meet with Defendant and prepare for sentencing, as well as to determine what, if any, additional pleadings need to be filed and to further investigate the alleged grocery store event.

Based upon the foregoing, attorney for the Defendant hereby asks the Court for a Continuance of Defendant's case for a later date and time.

Respectfully Submitted,

   /s/ Wallace H. Jordan, Jr.
Wallace H. Jordan, Jr.
Federal Id. No.: 10158
626 West Evans Street
Post Office Box 2010
Florence, South Carolina 295053-2010
(843) 662-4474 Tele
(843) 662-6024 Fax

**Attorney for Defendant Masoud**

April 24, 2023
Florence, SC