IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CASE NO.: 2022-CR-00140

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO DELAY** |
| vs. | ) | **REPORTING TO BUREAU OF** |
| | ) | **PRISON** |
| NARIMAN MAHMOUD MASOUD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Defendant, by and through Counsel, respectfully moves this Honorable Court for

an Order delaying her time to report to the Bureau of Prisons based upon the following:

1. That on or about December 8, 2022, the Defendant entered a plea of guilty in violation of

   18 U.S.C. Section 1343.

2. That on or about June 6, 2023, the Honorable Joseph Dawson, III, United States

   District Court Judge, entered judgment against the Defendant sentencing her to the

   custody of the United States Bureau of Prison for a twelve (12) months and one (1) day

   and allowed the Defendant to self-report.

3. That on or about June 14, 2023, attorney for the Defendant received notice of

   reporting date for the Defendant, requiring her to report no later than July 13, 2023

   by 12:00 noon.

4. That the Defendant is the provider and care taker for her minor children.

5. That the Defendant needs an additional ninety-days (90) to allow time for her husband to

be released to provide and care for the minor children.

6.    Attorney for Defendant has contacted AUSA, Lauren Hummel, and she consents to said

Motion.

**THEREFORE**, the attorney for the Defendant is hereby moving before this Honorable

Court, for an Order delaying Defendant's reporting date beyond July 13, 2023.

RESPECTFULLY SUBMITTED

S/ Wallace H. Jordan, Jr.

Wallace H. Jordan, Jr., Esquire
Federal ID No. 10158
626 West Evans Street
P.O. Box 2010
Florence, S. C. 29503-2010
(843) 662-4474 Tel
(843) 662-6024 Fax

June 14, 2023
Florence, South Carolina